UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE:  Phenylpropanolamine (PPA) Products ) <br> Liability Litigation ) <br> ) <br> _____ ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> (S.D. of Miss. Case No. 4:03cv87) ) | MDL NO. 1407 <br><br> LESSIE HALES <br><br> VS. <br><br> CHATTEM, INC., ET AL <br><br> CASE NO. 2:03-CV-2729-BJR |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE OF
STANDARD MARKETING, INC., d/b/a STANDARD DRUG STORE, INC.**

This matter is before the court on the *ore tenus* motion of plaintiff Lessie Hales to dismiss Standard Marketing, Inc., d/b/a Standard Drug Store (incorrectly sued as Standard Drug Store), from the above-captioned action. Plaintiff Hales moves to dismiss Standard Marketing, Inc., d/b/a Standard Drug Store, from this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The court having considered this matter and having been fully advised that Plaintiff Hales has agreed to dismiss all of her claims against Standard Marketing, Inc., d/b/a Standard Drug Store in this action, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all of plaintiff Lessie Hales' claims against Standard Marketing, Inc., d/b/a Standard Drug Store, in the above-styled civil action are hereby dismissed with prejudice, without costs to either party.

The claims of the plaintiff in this action as to all other defendants are not affected by this dismissal.

DATED at Seattle, Washington, this the ___ day of _____ 2005.

_____
HONORABLE BARBARA JACOBS ROTHSTEIN

AGREED AND APPROVED AS TO FORM:

s/ Dana Gareth Kirk (by permission)
Dana Gareth Kirk (MSB#100188)
**KIRK LAW FIRM**
4265 San Felipe Street, Suite 1400
Houston, Texas 77027
Telephone # (713) 651-0050
kirklawfirm@aol.com

*Counsel for Plaintiff Lessie Hales*

s/ Thomas M. Louis
Thomas M. Louis (MSB No. 8484)
Jeffery A. Styres   (MSB No. 10646)
**WELLS, MARBLE & HURST, PLLC**
600 Lamar Life Building
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone # (601) 355-8321
tlouis@wellsmar.com
jstyres@wellmar.com

*Counsel of record for Standard Marketing, Inc.,*
*d/b/a Standard Drug Store*

142866.1