UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the cases listed on Exhibit A. | No. 2:01-md-01407-BJR<br><br>ORDER TO SHOW CAUSE |

This matter comes before the court *sua sponte*. It has come to the court's attention that the cases listed on Exhibit A show no signs of recent activity. The court hereby orders plaintiffs in these cases to show cause, if any they have, no later than Monday, February 16, 2009, why these matters should not be dismissed for failure to prosecute. Defendants' response to any opposition to dismissal shall be filed no later than Wednesday, February 25, 2009, and any reply shall be submitted on Friday, March 6, 2009. These matters are noted for determination without oral argument on Monday, March 9, 2009.

DATED at Seattle, Washington this 26th day of January, 2009.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER TO SHOW CAUSE

## EXHIBIT A

| Case Name | Case No. | Active Defendants |
|---|---|---|
| Alewel v. Chattem, Inc., et al. | 04-413 | Steve Weiss & Co., Inc. |
| Allen, et al. v. Chattem, Inc., et al. | 02-1018 | Chattem, Inc.<br>Delaco Company |
| Beavers v. Bayer Corp., et al. | 03-1556 | Bayer Corporation<br>SmithKline Beecham Corporation<br>Novartis Pharmaceuticals Company<br>Novartis Consumer Health<br>Chattem, Inc.<br>Delaco Company<br>Proctor & Gamble<br>Bristol-Myers Squibb Company<br>Block Drug Company<br>Warner-Lambert<br>    Consumer Healthcare Products<br>Wyeth<br>Schering-Plough Consumer Healthcare Products, Inc. |
| Benton v. Chattem, Inc., et al. | 04-920 | Delaco Company |
| Bourgeois v. Chattem, Inc., et al. | 03-1754 | Chattem, Inc.<br>Delaco Company |
| Bourn v. Chattem, Inc., et al. | 03-3547 | Chattem, Inc.<br>Thompson Medical Company, Inc. |
| Bourn v. Chattem, Inc., et al. | 04-1189 | Chattem, Inc.<br>Thompson Medical Company |
| Brent v. Bayer Corp., et al. | 03-2280 | Novartis Pharmaceuticals Co.<br>Novartis Consumer Health<br>Block Drug Co., Inc. |
| Brown v. Block Drug Co., et al. | 03-3398 | Okolona Drug Co. |
| Burchfield v. Chattem, Inc., et al. | 03-3556 | Chattem, Inc.<br>Thompson Medical Company<br>Sanders Pharmacy |
| Bush v. Bayer Corp., et al. | 03-3543 | Bayer Corporation |

ORDER TO SHOW CAUSE

| | | |
|---|---|---|
| | | Bulldog Corner, Inc. |
| Campbell v. Chattem, Inc., et al. | 04-385 | Delaco Company |
| Chatman v. Bayer Corp., et al. | 03-3034 | Bayer Corporation |
| Clymer v. Chattem Inc., et al. | 04-994 | Bayer Corporation |
| Coaxum v. Wyeth Co., et al. | 04-2181 | Wyeth<br>Delaco Company |
| Cole v. Bayer Corp., et al. | 03-3123 | Bayer Corporation |
| Danby, et al. v. Bayer Corp., et al. | 02-2593 | Whitehall-Robins Healthcare<br>American Home Products Corporation<br>Winn-Dixie Louisiana, Inc. |
| Dumas v. Bayer Corp. | 03-3051 | Bayer Corporation |
| Everhart v. Bayer Corp., et al. | 03-2231 | Bayer Corporation<br>Wal-Mart Stores East, Inc. |
| French v. Bayer Corp., et al. | 03-3612 | Bayer Corporation |
| Fry v. Delaco Co., et al. | 03-228 | Sobel NV |
| Gardner v. Bayer Corp. | 04-68 | Bayer Corporation |
| Giles v. Chattem, Inc. | 04-789 | Chattem, Inc. |
| Gordon v. Wyeth, Inc. | 05-1760 | Wyeth |
| Guzman, et al. v. Wyeth, et al. | 03-2754 | GlaxoSmithKline<br>SmithKline Beecham Corp.<br>SmithKline Beecham Consumer Healthcare |
| Hales v. Chattem, Inc., et al. | 03-2729 | Chattem, Inc.<br>Thompson Medical Company |
| Hall v. Chattem, Inc., et al. | 03-763 | Chattem, Inc.<br>Eckerd Corp.,<br>Walmart Stores, Inc.<br>Delaco Co. |
| Hammond v. Chattem | 01-2154 | Sidmak Laboratories |

ORDER TO SHOW CAUSE

|  |  | Pliva, Inc. |
|---|---|---|
| Holder v. Delaco Company, et al. | 04-226 | Delaco Company |
| Hoofkin, et al. v. Novartis Pharmaceuticals Corp., et al. | 02-1722 | Winn-Dixie Louisiana, Inc. |
| Keifer, et al. v. Chattem, Inc., et al. | 04-1100 | Chattem, Inc.<br>Delaco Company<br>Longs Drug Stores<br>Longs Drug Stores of CA |
| Kenebrew v. H.E. Butt Grocery Co., et al. | 03-880 | H.E. Butt Grocery Co.<br>Chattem, Inc.<br>Delaco Company |
| Kitchens v. Chattem, Inc., et al. | 04-1221 | Chattem, Inc.<br>Thompson Medical Company, Inc.<br>Ivy's Discount Drugs, Inc. |
| Lancelin v. Novartis Pharmaceuticals Corp., et al. | 03-2144 | Delaco Company<br>Thompson Medical Co., Inc. |
| Landry v. Bayer Corp., et al. | 03-3086 | Delaco Company |
| Leone v. Chattem, Inc., et al. | 03-242 | Chattem, Inc.<br>Rite-Aid of Pennsylvania, Inc.<br>Delaco Company<br>Thompson Medical Co., Inc.<br>Sidmak Laboratories, Inc.<br>Pliva Prague<br>Alps Pharmaceuticals Ind. Co. Ltd.<br>Sobel NV |
| Leslie v. Bayer Corp., et al.<br>03-3356 | 03-3356 | Bayer Corporation<br>Wyeth Consumer Healthcare |
| Littesy v. Procter & Gamble Company, et al. | 04-2210 | Elan Pharmaceuticals, Inc. |
| Lovejoy v. Chattem, Inc., et al. | 03-3554 | Chattem, Inc.<br>Thompson Medical Co., Inc.<br>Walgreen's Co. |

ORDER TO SHOW CAUSE

| | | |
|---|---|---|
| McComas v. Leiner Health Products, Inc., et al. | 03-3881 | Leiner Health Products, Inc.<br>Walmart Stores, Inc. |
| McRee v. Bayer Corporation, et al. | 03-3536 | Bayer Corporation<br>Brent's Drugs Inc. |
| Metzger, et al. v. The Delaco Co., et al. | 02-1264 | Delaco Company<br>Chattem Inc.<br>Walgreen Co. Inc.<br>Walgreen Eastern Co. Inc. |
| Miller, et al. v. Thomson Medical Co., et al. | 02-342 | Ralph's Grocery Co. |
| Mitchell v. Bayer Corp., et al. | 03-3626 | Bayer Corporation<br>Ken's Discount Pharmacy |
| Pamplin v. Bayer Corp., et al. | 03-1479 | Bayer Corporation<br>SmithKline Beecham<br>Novartis Pharmaceuticals Co.<br>Novartis Consumer Health, Inc.<br>Chattem, Inc.<br>Delaco Company<br>Warner-Lambert Consumer Healthcare Products<br>Bristol-Myers Squibb Co.<br>Wyeth<br>Wyeth Consumer Healthcare |
| Parker v. Delaco Co., et al. | 04-81 | Delaco Co.<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc.<br>Pliva D.D.<br>Alps Pharmaceuticals |
| Patrick v. Bayer Corp., et al. | 03-3629 | Bayer Corporation<br>Okolona Drug Co., Inc. |
| Patterson v. Amercian Home Products, et al. | 03-2215 | Bayer Corporation |
| Pena-Baez v. Wyeth, et al. | 03-3855 | Wyeth |

ORDER TO SHOW CAUSE

| | | |
|---|---|---|
| | | Wyeth Consumer Healthcare |
| Porter v. Bayer Corp., et al. | 03-1482 | Bayer Corp.<br>SmithKline Beecham |
| Randle v. Bayer Corporation, et al. | 03-3571 | Bayer Corporation<br>Economy Drugs of Greenwood, Inc. |
| Rawlings v. Chattem, Inc., et al. | 04-992 | Chattem Inc.<br>Delaco Co.<br>Pliva Inc.<br>Walmart Stores Inc |
| Robertson v. Bayer Corp., et al. | 03-1803 | Novartis Pharm. Co.<br>Delaco Co.<br>Block Drug Co.<br>Schering-Plough Healthcare Prods.<br>Wyeth<br>Schering-Plough Corp. |
| Schooley, et al. v. Bayer Corp. | 04-2078 | Bayer Corporation |
| Sullivan v. Bayer Corp. | 04-1124 | Bayer Corporation |
| Tate v. Chattem, Inc., et al. | 03-2153 | Chattem, Inc.<br>Thompson Medical Co., Inc<br>Delaco Co. |
| Turman v. Kroger Texas, L.P., et al. | 03-628 | Delaco Co.<br>Chattem Inc. |
| Veiga-Valle, et al. v. SmithKline Beecham Corp., et al. | 05-77 | Wyeth Pharmaceuticals |
| Vogelbach v. Chattem, Inc., et al. | 04-1239 | Chattem Inc.<br>Chattem Inc. Consumer Products Division<br>Delaco Co. |
| Ware v. Chattem, Inc., et al. | 03-2059 | Glaxosmithkline, PLC<br>Bristol-Myers Squibb & Co.<br>Proctor & Gamble Co. |
| Washington v. Chattem Inc., et al. | 03-3561 | Chattem, Inc.<br>Thompson Medical Co., Inc. |

ORDER TO SHOW CAUSE

| | | |
|---|---|---|
| Weavers, et al. v. American Home Products Corp., et al. | 02-508 | Chattem, Inc. |
| Williams v. Thompson Medical Co., Inc., et al. | 02-267 | Thompson Medical Co., Inc.<br>Delaco Company<br>Sidmak Laboratories, Inc.<br>Pliva, Inc. |
| Patricia Wyeth v. The Delaco Co., et al. | 04-723 | Delaco Company<br>Sidmak Laboratories, Inc.<br>Sobel NV<br>Chattem, Inc.<br>Signal Investment and Management<br>Pam Holdings, Inc.<br>DD Plivaa<br>Alps Pharmaceuticals |
| Yazell v. Thompson Medical Co. Inc., et al. | 02-1538 | Thompson Medical Company, Inc. |
| Young v. Wyeth, Inc., et al. | 03-2310 | Chattem, Inc.<br>Delaco Company |

ORDER TO SHOW CAUSE